O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL EDWARD DILLEY,

Petitioner,

v.

SCOTT KERNAN, Sec'y of Cal.
Dep't of Corr. & Rehab.,

Respondent.

Case No. 2:18-cv-00260-GW-KES

ORDER ACCEPTING REPORT AND
RECOMMENDATION OF U.S.
MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge issued on July 15, 2021 (Dkt. 29). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge. IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition.

DATED: August 16, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1