JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL EDWARD DILLEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN, Sec'y of Cal. Dep't of Corr. & Rehab.,<br><br>　　　　　Respondent. | Case No. 2:18-cv-00260-GW-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Orders Accepting Report and Recommendation of U.S. Magistrate Judge (Dkt. 18, 30),

　　IT IS ADJUDGED that Grounds One, Three, and Four of the Petition are dismissed with prejudice for the reasons stated in the Report and Recommendation issued on March 19, 2019 (Dkt. 17), and Grounds Two and Five are dismissed with prejudice for the reasons stated in the Report and Recommendation issued on July 15, 2021 (Dkt. 29).

DATED: August 16, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE